UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff / Respondent, | |
| v. | No. 3:21-cr-00264-1 |
| BRIAN KELSEY, | |
| Defendant / Movant. | |

**BRIAN KELSEY'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Defendant/Movant Brian Kelsey moves to expand any applicable page limits on his Memorandum in Support of Motion to Vacate to 57 pages. As reasons for allowing the motion, Mr. Kelsey states as follows:

1. Middle District of Tennessee Local Rule 7.01(a)(2)-(3) generally states that memoranda shall not exceed 25 pages without leave of the Court.

2. The application of Local Rule 7.01(a)(2)-(3), which references various types of motions filed under the Federal Rules of <u>Civil</u> Procedure, to motions and memoranda filed in criminal cases is unclear.

3. The Memorandum brings several substantial reasons for vacating Mr. Kelsey's conviction, each of which require a complete explanation and legal support.

4. The failure to bring any issue to the Court at this time would likely be seen as a waiver of that issue, so all viable grounds for the Motion must be set out at this time.

WHEREFORE, Mr. Kelsey requests that the Court permit him to exceed any applicable page limitations under the Local Rules and to file the accompanying Memorandum in Support of Motion to Vacate, consisting of 56 pages.

Respectfully submitted,

*/s/ Joy Boyd Longnecker*
Joy Boyd Longnecker
Barnes & Thornburg, LLP
1600 West End Avenue
Suite 800
Nashville, TN 37203-3494


*/s/ Kent Wicker*
Kent Wicker
WICKER/BRAMMELL PLLC
323 West Main Street, 11th Floor
Louisville, Kentucky 40202
(502) 780-6185
kent@wickerbrammell.com
*(Admitted Pro Hac Vice)*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served through the CM/ECF system, which will send notice of electronic filing on this 23rd day of January, 2025.

Kathryn W. Booth
U.S. Attorney's Office
719 Church Street Suite 3300
Nashville, TN 37203
kathryn.booth@usdoj.gov

David Pritchard
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, TN 38103
david.pritchard2@usdoj.gov

John P. Taddei
U.S. Department of Justice Public Integrity Section
1301 New York Ave. NW Ste 10th Floor
Washington, DC 20530
john.taddei@usdoj.gov

      */s/ Joy Boyd Longnecker*
      Joy Boyd Longnecker