**RECEIVED FOR ENTRY**
USDC/MDTN

August 22, 2023

**Lynda M. Hill**
Clerk of Court

IN RE:                                          )
                                                )
OBLIGATION OF COUNSEL TO                        )
KEEP COURT APPRISED OF                          )       **Administrative Order No.  217**
CURRENT CONTACT                                 )       **(First Amended)**
INFORMATION                                     )
                                                )

## ORDER

This Order amends and supersedes Administrative Order No. 217 dated June 11, 2021. Attorneys practicing before the Court are required, absent good cause shown, to register as filing users of the NextGen CM/ECF system through their individual PACER accounts. Registration information and instructions can be found on the Court's website:

https://www.tnmd.uscourts.gov/nextgen-cmecf-registration-information.

To ensure that counsel keeps the Court apprised of current contact information, every attorney admitted to practice before this Court, either as a member of the Court's bar or *pro hac vice,* shall update any change of the attorney's name, firm name, mailing address, telephone number, or e-mail address, within five (5) business days of the change by:

1.      Filing a notice in all pending cases in which the attorney is counsel of record advising the Court of any changes, and

2.      Updating their contact information through the PACER Service Center: https://pacer.uscourts.gov/.  Attorneys must ensure that updates made in PACER are applied to all pending cases in the Middle District of Tennessee.  Instructions regarding how to update contact information via PACER can be found on the Court's website: https://tnmd-admin.jdc.ao.dcn/case-info/cm-ecf-case-info.

1

IT IS SO ORDERED.

FOR THE COURT

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE